IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

YVON MONCHER,

    Plaintiff,

v.                          CASE NO.   4:14cv610-RH/GRJ

SEATLE LITE et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 4, and the objections, ECF No. 5.  The objections are largely incomprehensible, but I have reviewed them *de novo* to the best of my ability.

As noted in the report and recommendation, the plaintiff has at least three "strikes" under 28 U.S.C. § 1915(g) and has not alleged facts showing that he is in imminent danger of serious physical injury.  The plaintiff therefore cannot proceed *in forma pauperis*.  Accordingly,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed without prejudice based on 28 U.S.C. § 1915(g)." The clerk must close the file.

SO ORDERED on December 2, 2014.

                                            s/Robert L. Hinkle
                                            United States District Judge